Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  22−18790−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Timothy D. Calhoun II
    aka Timothy Dennis Calhoun III
    422 York Street
    Burlington, NJ 08016

Social Security No.:
    xxx−xx−7931

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/20/23.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: April 20, 2023
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                          Case No. 22-18790-CMG

Timothy D. Calhoun, II                                                                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                   User: admin                                            Page 1 of 2

Date Rcvd: Apr 20, 2023                         Form ID: 148                                      Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Timothy D. Calhoun, II, 422 York Street, Burlington, NJ 08016-1626 |
| cr | + | U.S. Bank Trust National Association, as Trustee f, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 519754683 | + | Bordentown Municipal Court, 1 Municipal Drive, Bordentown, NJ 08505-2109 |
| 519754684 | + | Burlington City Municpal, 851 Old York Road, Burlington, NJ 08016-3895 |
| 519754685 | + | Burlington County Probation, 49 Rancocas Road, Mount Holly, NJ 08060-1384 |
| 519754686 | + | Burlington Township, 851 Old York Road, Burlington, NJ 08016-3895 |
| 519754687 | + | City of Burlington, tax Collector, 525 High Street, Burlington, NJ 08016-4503 |
| 519754688 | + | Cure ASO Anthony Barberio, Attn: Raymond Noonan, Esq., 170 Worth Street, Brick, NJ 08724-3417 |
| 519754689 | + | Eastampton Municipal Court, 710 Rancocas Road, Mount Holly, NJ 08060-5642 |
| 519770792 | + | Eastampton Township Municipal Court, 710 Rancocas Rd, Westampton, NJ 08060-5642 |
| 519754693 | #+ | KML Law Group, 430 Mountain Ave, Ste 200, New Providence, NJ 07974-2731 |
| 519754694 | + | Mantua Township, 405 Main Street, Mantua, NJ 08051-1002 |
| 519754696 | + | Pemberton Municipal Court, 500 Pemberton-Browns Mills Road, Pemberton, NJ 08068-1539 |
| 519772962 | + | Pemberton Township Municipal Court, 500 Pemberton Browns Mills Rd, Pemberton, NJ 08068-1545 |
| 519754698 | + | Shani Maldonado, 123B Willow Turn, Mount Laurel, NJ 08054-3142 |
| 519754699 | + | Springfield Township Municipal Court, 100 Mountain Avenue, Springfield, NJ 07081-1729 |
| 519754701 | + | State of New Surcharge Violation System, P.O. Box 1502, Moorestown, NJ 08057-9704 |
| 519754702 | + | US Bank Trust NA, 300 Delaware Ave., 9th Floor, Wilmington, DE 19801-1607 |
| 519754703 | | Westampton Township, 701 Rancocas Road, Mount Holly, NJ 08060 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 20 2023 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 20 2023 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519754690 | + | EDI: BLUESTEM | Apr 21 2023 00:31:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 519754691 | + | EDI: AMINFOFP.COM | Apr 21 2023 00:25:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 519754692 | + | EDI: IRS.COM | Apr 21 2023 00:25:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519761783 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 20 2023 20:46:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519754695 | | Email/Text: paula.tilley@nrsagency.com | | |

District/off: 0312-3                          User: admin                                   Page 2 of 2
Date Rcvd: Apr 20, 2023                     Form ID: 148                           Total Noticed: 30

| | | Apr 20 2023 20:35:00 | Natiowide Recovery Service, Pob 8005, Cleveland, TN 37320 |
|---|---|---|---|
| 519812128 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 20 2023 20:46:34 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 519754697 | + Email/Text: clientservices@remexinc.com | Apr 20 2023 20:35:00 | Remex Inc, Attn: Bankruptcy, 307 Wall Street, Princeton, NJ 08540-1515 |
| 519754700 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Apr 20 2023 20:35:00 | State of New Jersey Division of Taxation, P.O. Box 254, Trenton, NJ 08695-0245 |
| 519811598 | + Email/Text: mtgbk@shellpointmtg.com | Apr 20 2023 20:35:00 | U.S. Bank Trust National Association, c/o NewRez LLC d/b/a, Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519786103 | ##+ | Talisha Blandford, 2011 Ridings Dr, Williamstown NJ 08094-8737 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 22, 2023                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor U.S. Bank Trust National Association  as Trustee for CVI LCF Mortgage Loan Trust I ajennings@raslg.com |
| Brad J. Sadek | on behalf of Debtor Timothy D. Calhoun  II bradsadek@gmail.com, bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;jeanie@sadeklaw.com;service@sadeklaw.com |
| Sindi Mncina | on behalf of Creditor U.S. Bank Trust National Association  as Trustee for CVI LCF Mortgage Loan Trust I smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5